**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KAI YU LIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2419-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner, Mr. Kai Yu Lin, filed a petitioned the Court for a writ of habeas corpus under 28 U.S.C.§ 2241 challenging his detention in ICE custody. [Doc. No. 1]. The Court referred this matter to United States Magistrate Judge Amanda L. Maxfield, who issued a Report and Recommendation [Doc. No. 6] recommending the Court dismiss Mr. Lin's Petition as moot. Neither party objected.

Accordingly, the Court ADOPTS Judge Maxfield's R&R and DISMISSES Mr. Lin's Petition as moot.

IT IS SO ORDERED this 13th day of October 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**